■ The People of the State of New York ex rel. Jennifer Sandman, on Behalf of Louis Clairvil, Petitioner, v Warden, Respondent. [775 NYS2d 873]—Writ of habeas corpus for a judgment directing that Louis Clairvil be released from detention upon Kings County Felony Complaint No. 2004KN015224.

Adjudged that the writ is dismissed as academic, without costs or disbursements. Prudenti, P.J., Ritter, H. Miller and Adams, JJ., concur.

(April 26, 2004)

■ Miriam Acevedo et al., Appellants, v Luis DePena et al., Respondents. [775 NYS2d 181]—

In an action to recover damages for personal injuries, the plaintiffs appeal from an order of the Supreme Court, Queens County (Taylor, J.), dated May 28, 2003, which denied their motion to extend the time to file a note of issue.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court providently exercised its discretion in denying the plaintiffs' second motion to extend the time to file a note of issue, given the delay of more than 2½ years in conducting any further discovery and in properly filing a note of issue, an inadequate excuse for the delay, and prejudice to the defendants (see Dhaliwal v Long Boat Taxi, 305 AD2d 449 [2003]; Carota v Massapequa Union Free School Dist., 272 AD2d 428 [2000]). Altman, J.P., Krausman, Goldstein and Mastro, JJ., concur.